ORIGINAL

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUN 21 2006
U.S. COURT OF FEDERAL CLAIMS

CHAPMAN LAW FIRM CO.

Plaintiff,

v.

THE UNITED STATES

Defendant.

CFC No. 06-473 C

## MOTION FOR PRELIMINARY INJUNCTION

**COMES NOW** the Chapman Law Firm Co., LPA ("CLF"), by and through undersigned counsel, and hereby files this Motion for Preliminary Injunction under Fed. R. Civ. P. 65(a) and the Rules of the United States Court of Federal Claims. As more fully described in the Memorandum in Support of CLF's Motion for Preliminary Injunction, filed concurrently herewith, the Court should enjoin the Small Business Administration's Office of Hearing and Appeals ("OHA") from maintaining its reversal of the finding by the SBA Area Office that Greenleaf Construction Co., Inc. ("Greenleaf") was other than small for the purposes of the Department of Housing and Urban Development's ("HUD's") procurement for Management and Marketing of Single Family Homes services under Request for Proposal Number R-OPC-22505. Additionally, the Court should enjoin HUD from including Greenleaf in the small business competitive range for this procurement.

**WHEREFORE** Plaintiff respectfully requests that the Court grant CLF's relief as follows:

1. That the Court overrule the decision of the Office of Hearing and Appeals and reinstate the decision of the Area Office finding Greenleaf other than small for the purposes of this procurement.

2. That the Court enjoin HUD from permitting performance of any contract under Solicitation R-OPC-22505 awarded to Greenleaf until the Office of Hearings and Appeals issues a new decision pursuant to this Court's order.

3. That Chapman Law Firm be awarded its reasonable costs and attorneys' fees, and such further relief as is determined just and fair.

Respectfully submitted,

Date: 6/21/06

By: ______________________

James S. DelSordo, Esq.
John J. O'Brien, Of Counsel
Cohen Mohr, LLP
1055 Thomas Jefferson St., NW
Suite 504
Washington, DC 20007
(202) 342-2550
fax (202) 342-6147

Counsel for Plaintiff Chapman Law Firm Co., LPA

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June 2006, a copy of the foregoing Motion for Preliminary Injunction was served by telecopy and first class mail on:

Counsel for the United States John W. Klein, Esq., United States Small Business Administration, 409 Third Street, SW, Washington, DC fax (202) 205-6873; and

Counsel for Greenleaf Construction Co., Inc., Margaret A. Dillenburg, Esq., P.O. Box 58234, Washington, DC 20037, fax (301) 560-5758.

James S. DelSordo