ORIGINAL

FILED
JUN 21 2006
U.S. COURT OF FEDERAL CLAIMS

ECF

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CHAPMAN LAW FIRM CO.

Plaintiff,

v.

THE UNITED STATES

Defendant.

CFC No. 06-473 C

## FINANCIAL INTEREST DISCLOSURE STATEMENT

**PURSUANT** to Local Rule 7.1 of United States Court of Federal Claims and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Chapman Law Firm in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

Date: 6/21/06

By: ______________________

James S. DelSordo, Esq.
John J. O'Brien, Of Counsel
Cohen Mohr, LLP
1055 Thomas Jefferson St., NW
Suite 504
Washington, DC 20007
(202) 342-2550
fax (202) 342-6147

Counsel for Plaintiff Chapman Law Firm Co., LPA