IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHAPMAN LAW FIRM CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-473 |
| v. | ) | (Judge Wheeler) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of SAMEER YERAWADEKAR as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SAMEER YERAWADEKAR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attn: Classification Unit
8th Floor

s/Sameer Yerawadekar
SAMEER YERAWADEKAR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 305-4696
Fax: (202) 514-8640

Dated: June 22, 2006

CERTIFICATE OF FILING

I hereby certify that on June 22, 2006 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sameer Yerawadekar