# In the United States Court of Federal Claims

No. 06-473C

(Filed: June 23, 2006)

| | | |
|---|---|---|
| *************************************** | * | |
| | * | |
| CHAPMAN LAW FIRM CO., | * | |
| | * | |
| Plaintiff, | * | |
| | * | Protective Order Form A |
| v. | * | |
| | * | |
| THE UNITED STATES, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| *************************************** | * | |

APPLICATION FOR ACCESS TO MATERIALS UNDER
PROTECTIVE ORDER BY OUTSIDE OR INSIDE COUNSEL

1. I, ____________________________, hereby apply for access to protected materials covered by the Protective Order issued in connection with this proceeding.

2. a. I [outside counsel only] am an attorney with the law firm of ____________________________________________ and have been retained to represent ______________________________________________, a party to this proceeding.

b. I [inside counsel only] am in house counsel (my title is: ___________________________________) for _____________________, a party to this proceeding.

3. I am [] am not [] a member of the bar of the United States Court of Federal Claims (the Court).

4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decision making as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the material disclosed under the Protective Order. I do not provide advice or participate in

any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning or participate in decisions about marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protective material could provide a competitive advantage.

5. I [outside counsel only] identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

____________________________________________________________

____________________________________________________________

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the material disclosed under the Protective Order.

____________________________________________________________

____________________________________________________________

7. I identify here (by writing "none" or identifying the name of the forum, case number, date and circumstances) instances in which I have been denied admission to a protective order, had admission revoked or been found to have violated a protective order issued by any administrative or judicial tribunal:

____________________________________________________________

____________________________________________________________

8. I [inside counsel only] have attached a detailed narrative providing the following information:

a. my position and responsibilities as in-house counsel, including my role in providing advice in procurement-related matters;

b. the person(s) to whom I report and their position(s) and responsibilities;

c. the number of in-house counsel at the office in which I work and their involvement, if any, in competitive decision making and in providing advice in procurement-related matters;

d. my relationship to the nearest person involved in competitive decision making (both in terms of physical proximity and corporate structure); and

e. measures taken to isolate me from competitive decision making and to protect against the inadvertent disclosure of protected material to persons not admitted under the Protective Order.

9. I have read the Protective Order issued by the Court in this proceeding. I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

10. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the Court and in possible civil and criminal liability

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

________________________________ __________________________
Signature Date Executed

________________________________
Typed Name and Title

________________________________
Telephone Number

________________________________
Fax Number

________________________________ __________________________
Signature of Attorney of Record Date Executed

________________________________

Typed Name and Title

______________________________
Telephone Number

______________________________
Fax Number