# In the United States Court of Federal Claims

No. 06-473C

(Filed: June 23, 2006)

*************************************** *
*
CHAPMAN LAW FIRM CO., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
GREENLEAF CONSTRUCTION CO., INC. *
*
Defendant-Intervenor. *
*
*************************************** *

## ORDER

On Friday June 23, 2006, the Court held a telephone status conference with counsel for the parties, and counsel for potential intervenor, Greenleaf Construction Company ("Greenleaf"). During the conference, counsel for Defendant and Greenleaf expressed their intention to file motions to dismiss. Accordingly, as discussed during the conference, the briefing schedule for those motions and for other preliminary matters shall be as follows:

1. The Court proposed and the parties agreed to use the Administrative Record from Chapman Law Firm Co. et al. v. United States et al., No. 06-330C, a recently concluded case involving the same procurement, the same parties, and many of the same facts. Defendant should submit an updated Administrative Record as it deems necessary to address the specific issues in this case. The Court granted leave to Defendant to file a paper copy of the updated Administrative Record. Defendant shall file the updated Administrative Record on or before June 28, 2006.

2. Defendant's and Greenleaf's motions to dismiss shall be due on or before June 30, 2006.

3. Plaintiff's response to these motions shall be due on or before July 7, 2006.

4. Defendant's and Greenleaf's replies in support of their motions to dismiss shall be due on or before July 12, 2006.

5. Following the status conference, Greenleaf filed a motion to intervene on the side of Defendant. Pursuant to RCFC 24(a)(2), Greenleaf's motion to intervene is GRANTED.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge