IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHAPMAN LAW FIRM CO., Plaintiff, | |
| v. | CFC No. 06-473C (Judge Wheeler) **BID PROTEST** |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S RESPONSE TO GREENLEAF CONSTRUCTION CO., INC.'S MOTION TO INTERVENE

Defendant, the United States, does not object to the motion of Greenleaf Construction Co., Inc. to intervene as an defendant-intervenor pursuant to Rule 24 of the rules of this Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark A. Melnick

MARK A. MELNICK
Assistant Director

/s/ Sameer Yerawadekar

SAMEER YERAWADEKAR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-4696
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
BEVERLEY HAZLEWOOD-LEWIS
Trial Attorney
Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416

ROBERT J. BROWN
KIMBERLY Y. NASH
Attorney-Advisors
Procurement & Administrative Law Division
Department of Housing and Urban Development
751 7th Street, S.W.
Room 10180
Washington, D.C. 20410

June 27, 2006

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2006 a copy of the foregoing "DEFENDANT'S RESPONSE TO GREENLEAF CONSTRUCTION CO., INC.'S MOTION TO INTERVENE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sameer Yerawadekar