IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHAPMAN LAW FIRM CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>GREENLEAF CONST. CO., INC.,<br><br>Defendant-Intervenor. | CFC No. 06-473C<br>(Judge Wheeler)<br>**BID PROTEST** |

DEFENDANT'S NOTICE OF MANUAL
FILING OF SUPPLEMENT TO ADMINISTRATIVE RECORD

Pursuant to the Court's Scheduling Order of June 23, 2006, and pursuant to the initial telephone conference in this case, see Telephone Conference Transcript, Chapman Law Firm Co. v. United States, No. 06-473C (Fed. Cl. June 23, 2006), at 21, defendant, the United States, hereby submits a paper copy of materials supplementing the administrative record, to be filed under seal pursuant to the protective order entered in this case. See Protective Order, Chapman Law Firm Co. v. United States, No. 06-473C (Fed. Cl. June 23, 2006).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark A. Melnick/
BY: /s/ DONALD E. KINNER
MARK A. MELNICK
Assistant Director

/s/ Sameer Yerawadekar

SAMEER YERAWADEKAR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-4696
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
BEVERLEY HAZLEWOOD-LEWIS
Trial Attorney
Office of General Counsel
U.S. Small Business
Administration
409 3rd Street, S.W.
Washington, D.C. 20416

ROBERT J. BROWN
KIMBERLY Y. NASH
Attorney-Advisors
Procurement & Administrative
Law Division
Department of Housing and
Urban Development
751 7th Street, S.W.
Room 10180
Washington, D.C. 20410

June 28, 2006

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2006 a copy of the foregoing "DEFENDANT'S NOTICE OF MANUAL FILING OF SUPPLEMENT TO ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby certify under penalty of perjury that on this 28th day of June, 2006, I caused to be delivered by hand delivery, copies of the Supplement to the Administrative Record (under seal), addressed as follows:

James S. DelSordo, Esq.
Cohen Mohr LLP
1055 Thomas Jefferson Street, N.W.
Suite 504
Washington, D.C. 20007
Tele: (202) 342-2550
Fax: (202) 342-6147

Alexander J. Brittin, Esq.
Brittin Law Group, P.L.L.C.
8000 Towers Crescent Drive
Suite 900
McLean, VA 22182
Tele: (703) 610-4895
Fax: (703) 610-4896

/s/ Sameer Yerawadekar